**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 97-6881**

—————

MELVIN ABDULLAH EL-AMIN,

                                 Petitioner - Appellant,

        versus

JOSEPH H. YOUNG, Senior United States District
Court Judge,

                                 Respondent - Appellee.

—————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
97-1647-CCB)

—————

Submitted:  September 11, 1997     Decided:  September 23, 1997

—————

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Melvin Abdullah El-Amin, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his mandamus petition under 28 U.S.C. § 1361 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>El-Amin v. Young</u>, No. CA-97-1647-CCB (D. Md. May 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>